11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of the Estate of                    * From the 42nd District
Willard O. Allen, deceased,                          Court of Coleman County,
                                                     Trial Court No. 4949.


No. 11-11-00131-CV                                 * May 9, 2013

                                                   * Opinion by McCall, J.
                                                     (Panel consists of: Wright, C.J.,
                                                     McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Willard Miles Allen.